No. 86–422. CARPENTER ET AL. v. UNITED STATES, 484 U. S. 19. Motion of petitioner Carpenter for leave to proceed in forma pauperis nunc pro tunc denied. Motion of petitioner Carpenter

for appointment of counsel *nunc pro tunc* denied. JUSTICE KEN-NEDY took no part in the consideration or decision of these motions.